UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHIOKE GADSDEN and NATHAN PETERSON, ) ) | |
| Plaintiffs, ) | 3:12-cv-00098-ECR-VPC |
| ) | |
| vs. ) | |
| T. CARPENTER, *et al.*, ) ) | **ORDER** |
| Defendants. ) | |

Plaintiffs, who are prisoners in the custody of the Nevada Department of Corrections, filed a complaint in state court, which defendants have removed. On March 15, 2012, this Court entered an order screening the complaint. (ECF No. 4). The second paragraph of the conclusion of the March 15, 2012 screening order is amended to reflect the following:

**IT IS FURTHER ORDERED** as follows:

1. Given the nature of the claims that the court has permitted to proceed, this action is **STAYED** for ninety (90) days to allow plaintiff and defendant(s) an opportunity to settle their dispute before an answer is filed or the discovery process begins. During this ninety-day stay period, no other pleadings or papers shall be filed in this case, and the parties shall not engage in any discovery. The court will decide whether this case will be referred to the court's Inmate Early Mediation Program, and the court will

1    enter a subsequent order. Regardless, on or before ninety (90) days from the date this order is entered, the Office of the Attorney General shall file the report form attached to the March 15, 2012 order regarding the results of the 90-day stay, even if a stipulation for dismissal is entered prior the end of the 90-day stay. If the parties proceed with this action, the court will then issue an order setting a date for the defendants to file an answer or other response. Following the filing of an answer, the court will issue a scheduling order setting discovery and dispositive motion deadlines.

2. "Settlement" may or may not include payment of money damages. It also may or may not include an agreement to resolve plaintiff's issues differently. A compromise agreement is one in which neither party is completely satisfied with the result, but both have given something up and both have obtained something in return.

Dated this 20th day of March, 2012.

*Edward C. Reed*
_____
UNITED STATES DISTRICT JUDGE