UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHIOKE GADSDEN, et al., | ) | 3:12-CV-0098-RCJ (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 14, 2013 |
| | ) | |
| T. CARPENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiffs' motion to compel or extend discovery (#22).  Defendants opposed the motion (#24), and plaintiffs replied (#27).  The court acknowledges that the plaintiffs' discovery requests were nearly two weeks tardy.  However, the plaintiffs are appearing *in pro se* and in light of the defendants' request for an extension of time to file dispositive motions, there is no prejudice in granting the motion.  Therefore, plaintiffs' motion to compel (#22) is **GRANTED**.  Defendants shall provide responses to plaintiffs' discovery requests served on November 1, 2012 on or before **Monday, February 4, 2013.**

Defendants' motion for an extension of time to file dispositive motions is **GRANTED**.  The parties shall have to and including **Thursday, February 14, 2013** to file a dispositive motions.

   **IT IS SO ORDERED.**

                                       LANCE S. WILSON, CLERK

                                By:          /s/
                                            Deputy Clerk