UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CHIOKE GADSDEN, et al.,

       Plaintiffs,                        3:12-CV-0098-RCJ (VPC)

vs.                                        **MINUTES OF THE COURT**

TARA CARPENTER, *et al.*,           Date:  August 19, 2013

       Defendants.
_____/

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:    NONE APPEARING

COUNSEL FOR DEFENDANTS:    NONE APPEARING

MINUTE ORDER IN CHAMBERS:    XXX

    Defendants filed a motion to strike (#47) plaintiffs' request for judicial notice (#44). Plaintiffs opposed the motion to strike (#48), and no reply was filed.

    Defendants' motion to strike (#47) is **GRANTED**. Plaintiffs' request for judicial notice (#44) is improper and is not related to the claims asserted in the complaint in this case. Therefore, plaintiffs' request for judicial notice (#44) is hereby **STRICKEN**.

    **IT IS SO ORDERED.**

                                                      LANCE S. WILSON, CLERK

                                   By:      /s/
                                                 Deputy Clerk