# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHIOKE GADSDEN, *et al.*,

        Plaintiffs,

  v.

TARA CARPENTER, *et al.*,

        Defendants.

CASE NO.: 3:12-CV-00098-RCJ-VPC

**ORDER**

Before the Court is the Report and Recommendation (#68) entered on January 29, 2014. Plaintiff filed his Objections to United States Magistrate Judge's Report and Recommendation (#72) on February 26, 2014.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the magistrate judge. Fed. R. Civ. P. 72(b). The Court determines that the Magistrate Judge's Report and Recommendation (#68) entered on January 29, 2014, is adopted and accepted.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (#52) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Judicial Notice/Request for Sanctions and Telephonic Hearing (#65) is DENIED.

IT IS FURTHER ORDERED that Defendants' Motion for Enlargement of Time to File Defendants' Response to Plaintiffs' Objections to Report and Recommendation of United States Magistrate Judge (#73) is DENIED as MOOT.  The Clerk of the Court shall enter judgment accordingly, and close the case.

IT IS SO ORDERED this 13th day of March, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE