AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF   NEVADA

CHIOKE GADSDEN,

      Plaintiff,               JUDGMENT IN A CIVIL CASE
V.

                                 CASE NUMBER:  **3:12-CV-00098-RCJ-VPC**

TARA CARPENTER, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment is **GRANTED**.

  March 13, 2014                                     **LANCE S. WILSON**
                                                          Clerk

                                                     /s/ D. R. Morgan
                                                      Deputy Clerk